

# Fourth Court of Appeals
## San Antonio, Texas

April 25, 2019

No. 04-19-00079-CV

**IN THE INTEREST OF E.J.M.K., A CHILD**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00825
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellant's attorney has filed a brief which he states is filed in compliance with *Anders v. California*, 386 U.S. 738 (1967). The brief, however, does not comply with this court's analysis of the uniform requirements for *Anders* briefs. *See In re N.F.M.*, No. 04-18-00475-CV, 2018 WL 6624409, at *2 (Tex. App.—San Antonio Dec. 19, 2018, no pet.) ("An *Anders* brief must contain a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced. This evaluation requires not only that counsel refer the court to anything in the record that might arguably support the appeal, citing applicable legal authorities, but it also requires appellate counsel to discuss the evidence introduced at trial which entails providing the reviewing court with ready references to the record. More specifically, as this court has held, an *Anders* brief must demonstrate that counsel has conscientiously examined the record and determined that the appeal is so frivolous that the appellant is not entitled to counsel on appeal. A proper *Anders* brief therefore must contain references to the record, citations to authority, and legal analysis. In other words, counsel should present, along with a statement of the strongest possible arguments for the contentions, a brief explanation of the contrary authority that led counsel to conclude that the contentions were frivolous.") (internal quotations and citations omitted). It is therefore ORDERED that the brief filed by appellant's attorney is STRICKEN. Appellant's attorney must file a proper brief no later than twenty days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court